TROWBRIDGE *v.* HARRISON.

APPEAL by defendants from judgment entered in favor of the plaintiffs upon the report of a referee.

*Per Curiam.* The judgment should be affirmed, with costs, upon the opinion of the referee.

Judgment affirmed.

TALLMADGE *v.* LONNSBURY, as Treasurer, etc.

APPEAL from judgment dismissing complaint entered on the report of referee.

*Per Curiam.* The judgment should be affirmed, with costs, for the reasons set forth in the memorandum of decision filed by the referee.

Judgment affirmed.

## NEW YORK SUPERIOR COURT — GENERAL TERM, JANUARY, 1893.

HENSCHEL *v.* HARLEM REPORTER Co. et al.

*William G. McCrea,* for plaintiff (respondent).

*Charles W. Dayton,* for defendant (appellant).

DUGRO, J. A careful examination of the papers fails to show any improper exercise of discretion by the court at Special Term. The original complaint sufficed for one kind of relief. The supplemental complaint is but for more extensive relief. *Latham* v. *Richards,* 15 Hun, 129.

Order affirmed, with ten dollars costs.

SEDGWICK, Ch. J., and GILDERSLEEVE, J., concur.
Order affirmed.